IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| WIRELESS LIFESTYLE, LLC<br><br>Plaintiff,<br><br>v.<br><br>PR LOGISTICS CORP. et al.,<br><br>Defendants. | CIVIL NO.: 16-2985 (GAG) |

## REPORT AND RECOMMENDATION

On November 16, 2016, plaintiff Wireless Lifestyle, LLC filed a complaint against PR Logistics Corp. and other entities. ECF No. 1. On December 20, 2016, plaintiff filed a motion for entry of default against PR Logistics Corp. and ten days after the clerk of the court entered default against said entity. ECF Nos. 12, 14. Pending before the court is plaintiff's motion for default judgment against PR Logistics Corp. filed on June 12, 2017. ECF No. 27. Two days later, an order was entered scheduling a default damages hearing. ECF No. 32.

Today, June 27, 2017, a default damages hearing was held. Although the hearing was scheduled for 9:30 am, as of 9:50 am only plaintiff's counsel had appeared in court. As of 10:00 am, nobody from PR Logistics Corp. had shown up to the default damages hearing.

The motion submitting a calculation of plaintiff's damages in support of the motion for entry of default judgment is detailed, clear and supported by documentary evidence, including an unsworn declaration under penalty of perjury submitted by Mike Kushnir, president of Wireless Lifestyle, LLC. ECF No. 29. Therefore, for all the reasons stated in said motion (ECF No. 29), the court should grant plaintiff's motion for default judgment (ECF No. 27) and enter judgment in

favor of Wirless Lifestyle, LLC and against PR Logistics Corp. for the amount of FORTY-FIVE THOUSAND TWO HUNDRED SEVENTY-SEVEN DOLLARS ($45, 277.00).

The parties have fourteen (14) days to file any objections to this report and recommendation. Failure to file same within the specified time waives the right to appeal this report and recommendation. Fed. R. Civ. P. 72(b)(2); Fed. R. Civ. P. 6(c)(1)(B); D.P.R. Civ. R. 72(d); <u>see also</u> 28 U.S.C. § 636(b)(1); <u>Henley Drilling Co. v. McGee</u>, 36 F.3d 143, 150–51 (1st Cir. 1994); <u>United States v. Valencia</u>, 792 F.2d 4 (1st Cir. 1986).

IT IS SO RECOMMENDED.

In San Juan, Puerto Rico, this 27th day of June, 2017.

<u>s/Marcos E. López</u>
U.S. Magistrate Judge
