# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**WIRELESS LIFESTYLE LLC,**

**Plaintiff,**

**v.**  CIVIL NO. 16-2985 (GAG)

**PR LOGISTICS CORP;**
**AQUA GULF TRANSPORT, INC.;**
**AQUA GULF DE PUERTO RICO, INC.**
**STEVEDORE COMPANY X;**
**TRUCKING COMPANY Y; and**
**INSURANCE COMPANY A, B, & C,**

**Defendants.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Wireless Lifestyle LLC ("Wireless") brings this admiralty suit against PR Logistics Corp ("PR Logistics") and other Defendants arising from property damaged while in transit to Puerto Rico. PR Logistics failed to answer the complaint and default was entered on December 20, 2016. (Docket Nos. 12, 14.) On June 12, 2017, Wireless moved for default judgment, and a damages hearing was held on June 14, 2017. (Docket Nos. 27, 32.)

Upon *de novo* review, the Court hereby **ADOPTS** the Report and Recommendation at Docket No. 35, **GRANTS** Wireless's motion for default judgment, and awards damages in favor of Wireless and against PR Logistics in the amount of Forty-Five Thousand Two Hundred Seventy-Seven Dollars ($45,277.00).

**SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of July, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge